**The Honorable Robert S. Lasnik**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DENNIS ROBERT GIBB,<br><br>    Defendant/Judgment Debtor,<br><br>  and<br><br>E*TRADE SECURITIES LLC,<br><br>    Garnishee. | NO. 2:19-MC-00118-RSL<br><br>(2:19-CR-00059-RSM-1)<br><br>**Continuing Garnishment Order** |

A Writ of Continuing Garnishment, directed to Garnishee, E*TRADE Securities LLC, has been duly issued and served upon the Garnishee. Pursuant to the Writ, Garnishee E*TRADE Securities LLC, filed its Answer on September 27, 2019, stating that at the time of the service of the Writ, Garnishee had in its possession, custody, or control an Individual Account no. XXXX-0602, valued at $249,498.82, as of September 25, 2019, in which Mr. Gibb maintains an interest.

//

//

CONTINUING GARNISHMENT ORDER (*USA v. Dennis Robert Gibb and E*TRADE Securities LLC, Court Nos*. 2:19-MC-00118-RSL / 2:19-CR-00059-RSM-1) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

After notification of the garnishment proceeding was mailed to the Garnishee and Defendant/Judgment Debtor Gibb on or about September 19, 2019 and October 3, 2019, respectively, Mr. Gibb has not requested a hearing to determine exempt property as of this date.

IT IS THEREFORE ORDERED as follows:

That the Garnishee, E*TRADE Securities LLC, shall pay to the United States District Court for the Western District of Washington, the entire amount (less federal tax withholdings paid to the Internal Revenue Service, if any) of non-exempt property from any and all accounts in the Garnishee's possession, custody, or control, including, but not limited to, the Individual Account no. XXXX-0602, in which the Defendant/Judgment Debtor maintains an interest and meets the requirements to withdraw, or becomes eligible to withdraw, but such amount shall not exceed the amount necessary to pay Mr. Gibb's restitution balance in full;

That such payment(s) shall be applied to Defendant/Judgment Debtor Gibb's outstanding restitution obligation, by the United States District Court for the Western District of Washington; and

That the payment shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. 2:19-cr-00059-RSM-1 and 2:19-MC-00118-RSL, and to deliver such payment either personally or by First Class Mail to:

> United States District Court, Western District of Washington
> Attn: Financial Clerk – Lobby Level
> 700 Stewart Street
> Seattle, Washington 98101

**CONTINUING GARNISHMENT ORDER (***USA v. Dennis Robert Gibb and E*TRADE Securities LLC*, **Court Nos. 2:19-MC-00118-RSL / 2:19-CR-00059-RSM-1) - 2**

**UNITED STATES ATTORNEY'S OFFICE**
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

Dated this 4th day of December, 2019.

*[signature]*
ROBERT S. LASNIK
United States District Court Judge

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney

**CONTINUING GARNISHMENT ORDER (***USA v.*
*Dennis Robert Gibb and E\*TRADE Securities LLC, Court Nos*.
**2:19-MC-00118-RSL / 2:19-CR-00059-RSM-1) - 3**

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970